Wade A. Miller (SBN 208980)
LAW OFFICE OF WADE A. MILLER
235 East Broadway Suite 1080
Long Beach, California, 90802
(562) 437-6300
(562) 786-8398 fax
wmiller@wademillerlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GABY SEGURA, individually, and on behalf of a class similarly situated,<br><br>Plaintiff;<br><br>vs.<br><br>HUNT AND HENRIQUES, a California Law Partnership,<br><br>Defendant. | Case No. : **SACV11-01950 CJC (RNBx)**<br><br>Class Action<br><br>**COMPLAINT FOR VIOLATION OF THE FDCPA AND DECLARATORY RELIEF**<br><br>Demand for Jury Trial |

Plaintiff Gaby Segura alleges:

*PRELIMINARY ALLEGATIONS*

1.  Defendant Hunt and Henriques (hereafter "Hunt and Henriques" or "Defendant") is a debt collector.

2.  In the ordinary course of business, Hunt and Henriques, regularly, on behalf of himself or herself or others, uses the U.S. mail service as well as telephones for the purpose of collecting consumer debts as defined by 15 U.S.C. 1692a.

- 1 -
**CLASS ACTION COMPLAINT**

1  3. Plaintiff, Gaby Segura (hereafter "SEGURA") is an individual over the age of 18 residing in Orange County, California.

## CLASS ACTION ALLEGATIONS

4. The class that plaintiff represents is defined in a subclass as follows: All debtors in which communications were made to third parties by Hunt and Henriques by leaving unauthorized voicemails on the answering machines of such third parties when attempting to collecting a consumer debt.

    A. This action has been brought and may properly be maintained as a class action pursuant to the provisions of FRCP 23(a) because there is a well-defined community of interest in the litigation and the proposed class is ascertainable.

    B. Numerosity: The plaintiff class is so numerous that the individual joinder of all members is impractical under the circumstances of this case. Over five thousand debtors have had third parties communicated to and each is covered by this action.

    C. Commonality: Common questions of law and fact exist as to all members of the plaintiff class and predominate over any questions that affect only individual members of the class. Defendant's practice of leaving unauthorized voice messages on third party answering machines is widespread and entrenched and occurs on a daily basis. Common questions of law include:

    i. Whether Defendant is subject to 15 U.S.C. 1692c prohibiting debt collectors from communicating with third parties.

    ii. Whether Defendant violated 15 U.S.C. 1692c by leaving voice messages on third party answering machines and disclosing that a debt collector is attempting to contact the debtor.

    D. Typicality: Plaintiff's claims are typical of the claims of the class members. Plaintiff and the members of the class sustained damages arising out of Defendant's common practice of leaving voice messages on third party

answering machines while attempting to collect a debt. Plaintiff, like the other class members, is protected from having debt collectors communicating with third parties. Plaintiff's damages are statutory and typical for each class member.

   E. Adequacy: Plaintiff will fairly and adequately protect the interests of the members of the class. Plaintiff has no interest that is adverse to the interests of the other class members. The Law Office of Wade A. Miller specializes in consumer rights and has no interest that is adverse to the interests of the other class members.

   F. This action is brought under the FDCPA which authorizes the right to maintain a class action. Under Rule 23(b)(1), this class action is proper because separate lawsuits by each class member would create a risk of imposing incompatible standards of conduct on the party opposing the class through inconsistent adjudications.

   G. The nature of the notice to the class shall inform each class member that if he or she has had Hunt and Henriques leave an improper voice message(s) on unauthorized third party answering machines they may be entitled to statutory damages as well as actual damages with the relevant case information and Plaintiff's attorney information listed in this notice.

   H. This Court has subject matter jurisdiction because the FDCPA involves a federal question.

   I. Venue is proper because Hunt and Henriques regularly and in the course of business has contacts with debtors residing in the County of Orange, California and because SEGURA also resides in Orange County, California.

### BACKGROUND FACTS

5. Plaintiff realleges and incorporates herein by reference each and every paragraph set forth above.

6. In August 2011, a female called Johnny Cortez ("CORTEZ") and left

1 a voice message on his answering machine stating that she is calling for
2 SEGURA in an attempt to collect a debt.
3     7.    The message states, "Hi, Good afternoon. This is a personal and
4 private message for Gaby Segura. If you are not Gaby or if someone else can hear
5 this message, please do not listen further.  If you are Gaby, please continue to
6 listen to this message in private, there will be a 3 second pause in the message.
7 By continuing to listen to this message you acknowledge you are Gaby Segura.
8 This call is from the law office of Hunt and Henriques.  Please return my call to
9 1-877-509-2468.  Gaby, this call is from a debt collector."
10     8.    The voice message is a "communication" within the meaning of 15
11 U.S.C. 1692c.
12     9.    15 U.S.C. 1692c prohibits debt collectors from communicating with
13 third parties.
14     10.    The female that left the voice mail, at all times mentioned herein, was
15 the agent or employee of Hunt and Henriques acting within the course and
16 scope of such agency or employment.

**FIRST CAUSE OF ACTION**
**For Violation of the Fair Debt Collection Practices Act**
**15 U.S.C. 1692**

19     11.    Plaintiff refers to, and incorporates herein by reference each and
20 every allegation set above.
21     12.    The purported debt which Defendants attempted to collect from
22 Plaintiff was a "debt" within the meaning of 12 U.S.C. 1692a and was an
23 obligation of a consumer to pay money arising out of a transaction in which the
24 money was primarily for personal, family, and household purposes.
25     13.    CORTEZ is SEGURA'S boyfriend.  SERURGA moved into CORTEZ'S
26 home in July 2011.  He did not know about SEGURA'S financial problems.
27     14.    CORTEZ learned about SEGURA'S financial problems upon hearing
28 the voice mail left for SEGURA.

15. The answering machine message is not SEGURA'S voice. It is a male voice.

16. CORTEZ has a right to listen to messages left on his voice mail.

17. CORTEZ did not accept nor agree to Hunt and Henriques' unilateral demand that he must be SEGURA to listen to a voice message left on his own answering machine.

18. As a proximate result of Defendants' violations enumerated above, Plaintiff has been damaged in amounts which are subject to proof, and is entitled to collect such actual damages from Defendants.

19. Defendants' violation of the FDCPA were willful and knowing, thereby entitling Plaintiff to statutory damages pursuant to 15 U.S.C. § 1692k.

20. Plaintiff is entitled to recover reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1692k.

21. As a proximate result of Defendants actions, Plaintiff was damaged in an amount subject to proof.

## JURY TRIAL DEMAND

Plaintiffs hereby demand trial by jury in the above causes.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff on his own behalf, and on behalf of other members of the general public similarly situated, prays for relief as follows:

1. For compensatory damages according to proof for a period commencing four years prior to the filing of this action through final judgment, according to proof;
2. For incidental damages, according to proof;
3. For all remedies and penalties under the FDCPA;
4. For pre-judgment interest;
5. For costs of suit;
6. For reasonable attorneys' fees;

1  7.     For such other relief that the court deems proper.

                                                LAW OFFICES OF WADE A. MILLER

5  December 15, 2011         By: /s/ Wade A. Miller

                                                Wade A. Miller
                                                Attorney for Plaintiff

- 6 -
**CLASS ACTION COMPLAINT**

Name & Address:
Wade A. Miller (State Bar No. 208980)
235 E. Broadway, Suite 1080
Long Beach, CA 90802
Telephone: (562) 437-6300
Email: wmiller@wademillerlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABY SEGURA, individually, and on behalf of a class similarly situated,<br><br>PLAINTIFF(S)<br>v.<br>HUNT AND HENRIQUES, a California Law Partnership,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV11-01950 CJC (RNBx)**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Wade A. Miller_____, whose address is _235 E. Broadway, Suite 1080, Long Beach, CA 90802_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _December 16, 2011_         By: _____**AMY DeAVILA**_____
                                            Deputy Clerk

                                           *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                    SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV11- 1950 CJC (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [ ] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
GABY SEGURA, individually, and on behalf of a class similarly situated

**DEFENDANTS**
HUNT AND HENRIQUES, a California Law Partnership

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Law Offices of Wade A. Miller   Telephone: (562) 437-6300
235 E. Broadway, Suite 1080
Long Beach, CA 90802

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☑ Yes ☐ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of Fair Debt Collection Practices Act for communicating with third parties (15 U.S.C. § 1692c).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | **IMMIGRATION** | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

SACV11-01950 CJC (RNBx)

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                CIVIL COVER SHEET                Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
  ☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, California | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
  ☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   Date  12-16-11

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |