NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Wade A. Miller (State Bar No. 208980)
235 E. Broadway, Suite 1080
Long Beach, CA 90802
Telephone: (562) 437-6300
Email: wmiller@wademillerlaw.com

ATTORNEYS FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABY SEGURA, individually, and on behalf of a class similarly situated,<br><br>Plaintiff(s),<br>v.<br>HUNT AND HENRIQUES, a California Law Partnership,<br><br>Defendant(s) | CASE NUMBER<br>SACV11-01950 CJC (RNBx)<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Gaby Segura
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Hunt and Henriques | California Law Partnership and Debt Collector |

12/16/11
Date

[signature: WM]
Sign

Attorney of record for or party appearing in pro per

CV-30 (04/10)          NOTICE OF INTERESTED PARTIES